**DOCKETED**
AUG 2 5 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 04C2783 |
| MELISSA ZANTOP and | ) Judge Nordberg |
| ZANTOP HYNDS INCORPORATED, | ) Mag. Judge Denlow |
| Defendants. | ) |

FILED
AUG 2 4 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

On August 16, 2004, the offices of James R. Miller, Paul R. Wood and Cormac T. Connor of the law firm of Moye Giles LLP, counsel for Defendants Melissa Zantop and Zantop Hynds Inc., relocated to the following address:

> 16 Market Square, 6th Floor
> 1400 Sixteenth Street
> Denver, Colorado 80202-1473

Please note this address change and update your records accordingly.

Moye Giles LLP's telephone number (303-292-2900) and facsimile number (303-292-4510) are the same.

DATED this 20th day of August, 2004.

14

MOYE GILES LLP

By: _____
James R. Miller (CO Bar No. 5842)
Paul R. Wood (CO Bar No. 12578)
Cormac T. Connor (CO Bar No. 34010)

Fredric A. Cohen
John A. Hughes
PIPER RUDNICK LLP
203 North LaSalle Street, Suite 1800
Chicago, IL 60601
312.368.4000

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2004, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was placed in the United States mail, postage prepaid, properly addressed as follows:

Daniel S. Hefter, Esq.
Tracy E. Katz, Esq.
Fox, Hefter, Swibel, Levin & Carroll, LLP
321 North Clark Street, Suite 3300
Chicago, IL 60610

*Candie L. Skrivan*