

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04 C 2783 |
| ) | |
| MELISSA ZANTOP and ) | Judge John A. Nordberg |
| ZANTOP HYNDS INCORPORATED, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendants. ) | |

## JUDGMENT

Judgment is hereby entered in favor of plaintiff Walgreen Co. and against defendants Melissa Zantop and Zantop Hynds Incorporated in the amount of $2,079,546.10 (consisting of $1,881,126 plus pre-judgment interest thereon of $198,420.10).

John A. Nordberg
United States District Judge

Dated: May 5, 2005