IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 2 5 2005

Judge John A. Nordberg
United States District Court

WALGREEN CO., )
        Plaintiff, )
v. )
    ) Case No. 04 C 2783
)
MELISSA ZANTOP and ) Judge John A. Nordberg
ZANTOP HYNDS INCORPORATED, ) Magistrate Judge Arlander Keys
)
        Defendants. )

## MEMORANDUM OF JUDGMENT

On May 5, 2005, in the above-captioned case, Case No. 04 C 2783, Judge John A. Nordberg of the United States District Court for the Northern District of Illinois, Eastern Division, entered judgment in favor of plaintiff Walgreen Co. and against defendants Melissa Zantop and Zantop Hynds Incorporated, jointly and severally, in the amount of $2,079,546.10.

*Judge John A. Nordberg*

May 25, 2005

Prepared by and after recording mail to:

Daniel S. Hefter
**FOX, HEFTER, SWIBEL,**
    **LEVIN & CARROLL, LLP**
321 North Clark Street
Suite 3300
Chicago, Illinois 60610
(312) 224-1200